HILARY POTASHNER (No. 167060)
Federal Public Defender
Hilary_Potashner@fd.org
DAVID MENNINGER (No. 281460)
Deputy Federal Public Defender
David_Menninger@fd.org
321 East Second Street
Los Angeles, California 90012-4202
Telephone (213) 894-1891
Facsimile (213) 894-0081

Counsel for Petitioner AN VAN DAO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AN VAN DAO,<br><br>        Petitioner,<br><br>    v.<br><br>KIRSTJEN NIELSEN, Secretary of Homeland Security, et al.,<br><br>        Respondents . | No. ED CV 17-1915-RSWL (AS)<br><br>**ORDER FOR VOLUNTARY DISMISSAL OF SECTION 2241 HABEAS PETITION** |

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that the current action should be dismissed.

DATED: January 9, 2018　　　　　　　___/S/ Alka Sagar_____
　　　　　　　　　　　　　　　　　HONORABLE ALKA SAGAR
　　　　　　　　　　　　　　　　　United States Magistrate Judge

Presented by:

*/s/ David Menninger*
David Menninger
Deputy Federal Public Defender